# ALABAMA COURT OF CRIMINAL APPEALS



July 26, 2024

**CR-2023-0321**
M.R.F. v. State of Alabama (Appeal from Montgomery Circuit Court: CC-18-1616.60)

## <u>NOTICE</u>

You are hereby notified that on July 26, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk